UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANGELO ROYSTER #244343,

    Plaintiff,                                Case No. 2:10-CV-222

v.                                            HON. GORDON J. QUIST

T. PERTTU, et al.,

    Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on November 15, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 15, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (docket no. 3) is **DENIED**.

Dated: December 21, 2010                              /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE