UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANGELO ROYSTER,

        Plaintiff,                    Case No.  2:10-CV-222

v.                                    HON. GORDON J. QUIST

T. PERTTU, *et al.*,

        Defendants.
_____/

## ORDER AND JUDGMENT ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge on February 16, 2012.  The Report and Recommendation was sent to Plaintiff via U.S. Mail on February 16, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 16, 2012, is approved and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion For Summary Judgment and Motion to Dismiss (docket nos. 22 & 25) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Excusable Neglect (docket no. 39) is **DISMISSED** as moot.

Therefore, judgment is hereby entered in favor of Defendants and against Plaintiff.

This case is **concluded**.

Dated:  March 9, 2012                                    /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE